# Memorandum

United States Attorney's Office
Eastern District of California



| | | | |
|---|---|---|---|
| Subject: | 2:25-cr-0249 DAD<br>U.S. v. Michael David Dickey | Date: | October 31, 2025 |
| To: | The Honorable Allison Claire | From: | ROGER YANG<br>U.S. Attorney's Office<br>Eastern District of California<br>501 I Street, Ste 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2700<br>Fax: (916) 554-2900 |

    The United States requests that the Court set the above-referenced matter for the Court's 2:00 p.m. calendar on **November 5, 2025**, for arraignment on the Information filed on October 31, 2025.

    The parties have been contacted informally, and they will have additional notice through this request and any further notice the Court files. The defendant is represented by Federal Defender Megan Hopkins.

    MICHAEL DAVID DICKEY is not currently in custody.