MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
MICHAEL DAVID DICKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:25-CR-00249-DAD |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING |
| ) | HEARING DATE; ORDER |
| vs. ) | |
| ) | |
| MICHAEL DAVID DICKEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Roger Yang, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Michael David Dickey, that the previously-scheduled sentencing date of April 13, 2026, be continued to **May 18, 2026**, at 9:30 a.m. or such time thereafter as the Court is available.

The requested continuance will allow Mr. Dickey's closest family members to attend the sentencing hearing. Additionally, the time between April 13 and May 18, 2026 will provide an opportunity for the parties to meet and confer regarding the restitution information recently provided to defense counsel by the government, in an effort to reach an agreement as to the amount of restitution prior to the hearing date. Both the parties and the probation officer are available for sentencing on May 18, 2026.

Respectfully submitted,

Dated: April 7, 2026

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Attorney for Defendant
MICHAEL DAVID DICKEY

Dated: April 7, 2026                    ERIC GRANT
United States Attorney

/s/ Roger Yang
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause

appearing therefore, adopts the parties' stipulation as its Order.  The sentencing hearing

previously set for April 13, 2026, is hereby continued to May 18, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **April 8, 2026**                    _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Sentencing Hearing Date

2