IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case №: 2:25-cr-00249-DAD |
| Plaintiff, | **O R D E R** |
| | **WITHDRAWING THE FEDERAL DEFENDER** |
| vs. | **AND APPOINTING CJA COUNSEL** |
| MICHAEL DAVID DICKEY, | |
| Defendant. | |

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's *Motion to Withdraw* and appointing Megan Hopkins as CJA counsel effective April 6, 2026.

IT IS SO ORDERED.

Dated:   **April 13, 2026**   _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE