5/13/2026

To the Honorable Dale A. Drozd,

My name is Jennifer Shaffer, and I am Michael Dickey's mother. I am writing to you in the hope that you will take what I have to say into consideration when deciding on a fair sentence for my son, Michael. I was fortunate to have Michael at forty years old.  He is my only child, and I watched him grow from a baby into an intelligent, caring, sensitive, and mellow young man. I was so happy to have the baby that I had always wanted.  I cannot say Michael's dad, David, felt the same.

Michael had a difficult childhood. From birth to age nine, David's biggest struggle was knowing how to parent Michael. David had a lot of anger issues and was abusive towards Michael, both physically and psychologically. David had ADHD, and Michael was also diagnosed with ADHD in first grade.  David and I divorced when Michael was nine years old. The scars of years of abuse were clear to me from then onward. Michael was never able to develop "normal" relationships and became very co-dependent on me.

I was his main caregiver and one of his only companions for his most formative years.  The most social times of Michael's childhood were from ages five to twelve.  My sister and her three kids moved close by.  He and his cousins were the closest of friends. Michael loved his cousins, and they loved him.

Unfortunately, when Michael was twelve, there was a rift between my sister and me.  This led to my being cut off from communicating with my sister, and therefore to Michael being cut off from seeing his cousins ever again.  He was negatively affected mentally and emotionally, began to experience loneliness, and felt like he was cut off from a healthy support system. This event affected Michael deeply and had a huge impact on the decline of his mental health.

Michael attempted to cultivate a relationship with his father even after our divorce, but this effort was painfully unsuccessful. Michael eventually ended his relationship with his father in his early twenties. To this day, they have no relationship whatsoever.

Despite Michael's diagnosis of ADHD, he did well in school.  He earned passing grades and behaved well on campus and in his classes.  He was always a compliant student.  Michael started High school, but as the pressures of high school increased, he continued to struggle somewhat academically, but mostly socially.  In his junior year, Michael began an Independent Study program, graduated from high school a semester early, and went straight into junior college.  But after about three semesters, he decided to work rather than attend college. Michael worked on and off for several years, holding a variety of part-time jobs.

As a young adult, Michael would often dive deeply into his new hobbies, projects, or interests with intense energy and passion.  He loved biking, camping, backpacking, and hiking; almost always alone.  He had many interests and exhibited going "all out" when he was interested in something, a phenomenon known as hyperfocus.  His ADHD contributed to Michael having poor attentional regulation and high impulsivity traits. Michael would find it difficult to do things halfway. He has been driven by a desire for stimulation and the release of dopamine.  It has been suggested that he also has ASD (Autism Spectrum Disorder).

Another love of Michael's is having an artistic appreciation for movies.  Michael went beyond casual movie-watching to deeply appreciate, study, and analyze films as an art form.  He went on several solo trips to film festivals.  Michael is enthusiastic about cinema history, technique, and theory, often exploring diverse genres, international films, and classic cinema to broaden his knowledge.  Michael loves movies for their potent storytelling, which evokes intense emotional responses in him and fosters engagement with narratives and characters. Michael would often share with me that certain movies brought him to tears.  Michael loved taking me to the movies and sharing his passion with me.

Michael was a very isolated person in general, but his darkest days started around the time of COVID-19, which triggered a huge decline in his mental health.  He had increased levels of stress, anxiety, and depression due to social isolation and a disruption of his routines.  His few friends lost touch with him, and he found himself completely alone, apart from me. He began to use marijuana as a coping mechanism, which greatly impaired his judgment.  Michael became more anxious and depressed, and experienced physical isolation and severe loneliness.  My understanding is that it was during this time that Michael started using the computer for the wrong reasons.

Since the day our house was raided in the early morning hours of March 2024, Michael has taken immediate action to improve his life and change his pattern of behavior.  First, he cooperated with FBI agents and voluntarily answered their questions to the best of his ability during their interview. He took responsibility for his actions.  After the authorities left on the day of the raid, Michael immediately began cleaning his bedroom and bathroom, which were a huge mess.   This included him getting rid of anything having to do with marijuana.  He threw all of his marijuana paraphernalia in the garbage and quit using pot cold turkey.   Michael saw his doctor due to feeling extremely depressed.  He was given medication, but was never a fan of it.  Michael obtained a therapist through Kaiser and worked on dealing with his difficult situation and preparing for his new future, which he knew would include a long time in prison. Still, he didn't give up on putting in the work to fix the parts of his life that led to the severe depression that gave way to this crime.

Michael took the step to obtain a full-time job.  He delivered packages for Amazon using their trucks and, with experience, became very good at the job. His boss liked him, and Michael thrived at his job. He worked very hard and rarely missed work.  In fact, Michael's boss would call him to work an extra day a week when they were short drivers.  Michael gladly agreed to work the extra days.

Today, I would describe Michael as a bright, extremely well-read, and intelligent young man.  He has many strengths and the ability to contribute to society in the future.  He has taken responsibility for his behavior, acknowledged that what he did was very wrong, and decided to do whatever he needed to do to improve his life.  He realizes the seriousness of his actions, has expressed remorse, and understands he deserves prison time.

Your honor, given the circumstances I have shared with you, I am requesting mercy and compassion, and pleading for the minimum required sentence for my son, Michael.  15 years is a very long sentence for Michael, who has had no prior record.  He is young and has his whole life ahead of him.  In 15 years, he will be squarely in the middle of his life and will face the challenge of rebuilding it in a new way. I am sure he can do anything that is asked of him. Also, I want to share with you, your honor, that Michael is my only family member/support system, and it will be crucial for me to have him come home to me and to help me in my advanced years after he has served his time in prison.  I hope I am still alive when Michael is released from prison.

The current plan is that, when Michael is released from prison, he will return home, where I still hope to be.  I will be eighty-seven in fifteen years, assuming I live that long.  I want to be here for Michael when he is released from prison, and I will need him to be here for me.  We will continue to be each other's support person.

I know that Michael's guidelines are much higher than the 15 years I am asking you to consider, but I believe that Michael has already learned so much through this process, and that a 15-year sentence is more than enough to punish him for his mistakes, get him the help he needs to do well when he is eventually released, and send a message to the public that these crimes are taken very seriously. A sentence of more than 15 years only holds him back from ever working again, paying what he owes in restitution, and helping me at the end of my life.

Thank you for reading my letter considering my request, Your Honor.

Sincerely,

Jennifer