ERIC GRANT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL DAVID DICKEY,

Defendant.

CASE NO. 2:25-CR-00249 DAD

**STIPULATION AND ORDER RE: RESTITUTION**

DATE: August 10, 2026
TIME: 9:30 a.m.
COURT: Hon. Dale A. Drozd

**STIPULATION**

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Megan T. Hopkins, attorney for Michael David Dickey, Defendant, that restitution be determined as follows and that the current court date of August 10, 2026, be dropped from calendar.

The parties agree that a restitution order is appropriate under 18 U.S.C. section 2259(a), and that restitution be ordered in the amount of $202,500.00 pursuant to the restitution spreadsheet submitted to the U.S. Probation office and the Court. Revised Final PSR ¶ 16.

The parties request that the restitution order include the following language from the PSR:

**IT IS ORDERED** that the defendant shall pay restitution to the victims in the amount of $202,500.00 as outlined in the stipulation of the parties, payment to begin immediately. The interest is waived. Restitution is to be sent to the Clerk of the Court

who shall forward it to the victims. If incarcerated, payment of any unpaid criminal monetary penalty in this case is due during imprisonment at the rate of 10% of the defendant's gross income per month or $25 per quarter, whichever is greater. Payment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.

IT IS SO STIPULATED.

Dated: July 23, 2026

ERIC GRANT
United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

Dated: July 23, 2026

/s/ MEGAN T. HOPKINS
MEGAN T. HOPKINS
Counsel for Defendant
MICHAEL DAVID DICKEY

**ORDER**

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety and orders restitution as set forth above.

IT IS SO ORDERED.

Dated: **July 23, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE