ERIC GRANT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL DAVID DICKEY,<br>Defendant. | CASE NO. 2:25-CR-00249 DAD<br>**STIPULATION AND ORDER RE: RESTITUTION**<br>DATE: August 10, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Megan T. Hopkins, attorney for Michael David Dickey, Defendant, that restitution be determined as follows and that the current court date of August 10, 2026, be VACATED.

The parties agree that a restitution order is appropriate under 18 U.S.C. section 2259(a), and that restitution be ordered in the amount of $202,500.00 pursuant to the restitution spreadsheet previously submitted to the U.S. Probation office and the Court. Revised Final PSR ¶ 16.

The parties request that the restitution order and amended judgment include the following language from the PSR:

**IT IS ORDERED** that the defendant shall pay restitution to the victims in the amount of $202,500.00 as outlined in the stipulation of the parties, payment to begin immediately. The

interest is waived. Restitution is to be sent to the Clerk of the Court who shall forward it to the victims. If incarcerated, payment of any unpaid criminal monetary penalty in this case is due during imprisonment at the rate of 10% of the defendant's gross income per month or $25 per quarter, whichever is greater. Payment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.

IT IS SO STIPULATED.

Dated: July 28, 2026

ERIC GRANT
United States Attorney

/s/ *ROGER YANG*
ROGER YANG
Assistant United States Attorney

Dated: July 28, 2026

/s/ *MEGAN T. HOPKINS*
MEGAN T. HOPKINS
Counsel for Defendant
MICHAEL DAVID DICKEY

**ORDER**

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety and orders restitution as set forth above. The restitution hearing currently set for August 10, 2026, is VACATED. The Court will issue an amended judgment, to include the following:

**IT IS ORDERED** that the defendant shall pay restitution to the victims in the amount of $202,500.00 as outlined in the stipulation of the parties, payment to begin immediately. Interest on the restitution amount is waived. Restitution is to be sent to the Clerk of the Court, who shall forward it to the victims. If incarcerated, payment of any unpaid criminal monetary penalty in this case is due during imprisonment at the rate of 10% of the defendant's gross income per month or $25 per

quarter, whichever is greater. Payment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.

IT IS SO ORDERED.

Dated: **August 5, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE